[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
5/28/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Randy Norwood

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Merrionette Park Police
et al;

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 25 CV 2914
(To be supplied by the Clerk of this Court)

AMENDED

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Randy Norwood

B. List all aliases: ______

C. Prisoner identification number: ______

D. Place of present confinement: ______

E. Address: 3434 W Jackson Blvd. Chi, IL 60624

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Merrionette Park Police Dept

Title: Mayor Jose Nevarez

Place of Employment: Merrionette Park, IL

B. Defendant: Jamie Griffith

Title: Officer

Place of Employment: Merrionette PK Police Dept

C. Defendant: Jeffrey Bell

Title: Lieutenant

Place of Employment: Merrionette PK Police Dept

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Cynthia Sepulveda
Police Officer
Merrionette Park Police Dept.

E. LaShon Shaffer
Lieutentant
Merrionette Park Police Dept.

## PLAINTIFF'S LIST OF LAWSUITS FILED BY RANDY NORWOOD

1. Norwood v. Dart, et al., 17-cv-5769
   a. **Date Filed:** August 7, 2017
   b. **Defendants:** Thomas J. Dart, Eric Velez, Katie Johnson, Bradley Wray, Thomas Conley, Bicholas Hadijan, Davis, Susan Shebel Anderson, Jane Doe 1, John Doe 2, Jane Doe 3, and John Doe 4
   c. **Court:** Northern District of Illinois
   d. **Judge Assigned:** Judge Marvin E. Aspen and Judge Sharon Johnson Coleman
   e. **Basic Claim:** Civil Claim
   f. **Disposition of the Case:** ~~Pending~~ : Closed
   g. **Approximate Date of Disposition:** ~~N/A~~ : 4/6/21

2. Norwood v. Dart, 18-cv-1092
   a. **Date Filed:** February12, 2018
   b. **Defendant:** Thomas J. Dart
   c. **Court:** Northern District of Illinois
   d. **Judge Assigned:** Marvin E. Aspen
   e. **Basic Claim:** Civil
   f. **Disposition of the Case:** No longer pending
   g. **Approximate Date of Disposition:** ~~N/A~~ 4/6/21

3. Norwood v. City of Des Plaines, et al., 18-cv-1093
    a. **Date Filed:** February 7, 2018
    b. **Defendants:** City of Des Plaines, Travis Kopacek Kurotobi, Richard Mayhoe, Kerfman
    c. **Court:** Northern District of Illinois
    d. **Judge Assigned:** Judge Robert Blakey
    e. **Basic Claim:** Civil Claim
    f. **Disposition of the Case:** No longer pending
    g. **Approximate Date of Disposition:** 6/28/2018

4. Norwood v. City of Chicago, et al., 18-cv-1094
    a. **Date Filed:** February 7, 2018
    b. **Defendants:** City of Chicago, Eddie T. Johnson, M.N. Brook, J.M. Malkowski
    c. **Court:** Northern District of Illinois
    d. **Judge Assigned:** Judge L. Alonso
    e. **Basic Claim:** Civil Claim
    f. **Disposition of the Case:** Dismissed
    g. **Approximate Date of Disposition:** 7/10/2018

5. Norwood v. Cook County, et al., 18-cv-4809
    a. **Date Filed:** July 7, 2018
    b. **Defendants:** Cook County, Thomas J. Dart, Fauzia Khan
    c. **Court:** Northern District of Illinois
    d. **Judge Assigned:** Judge Sharon Johnson Coleman
    e. **Basic Claim:** Civil Claim
    f. **Disposition of the Case:** Closed
    g. **Approximate Date of Disposition:** ~~NA~~ 11/6/18

6. Norwood v. Dart, et al., 18-cv-8177
    a. **Date Filed:** December 13, 2018
    b. **Defendants:** Thomas J. Dart, T. Bellattiere, R. Cruz, Flores, and Cook County
    c. **Court:** Northern District of Illinois
    d. **Judge Assigned:** Judge Sharon Johnson Coleman
    e. **Basic Claim:** Civil Claim
    f. **Disposition of the Case:** ~~Pending~~ Closed
    g. **Approximate Date of Disposition:** ~~N/A~~ 10/8/19

7. Norwood v. Dart, et al., 19-cv-1944
    a. **Date Filed:** March 21, 2019
    b. **Parties:** Thomas J. Dart, Eric Velez, B. Judge, D. Schnolis, K. Villeda, Jefferson, Wells, Brown, Pressley, Koedyker, and Cook County
    c. **Court:** Northern District of Illinois
    d. **Judge Assigned:** Judge Sharon Johnson Coleman
    e. **Basic Claim:** Civil
    f. **Disposition of the Case:** ~~Pending~~ Closed
    g. **Approximate Date of Disposition:** ~~N/A~~ 6/22/20

8. Norwood v. Dart, et al., 19-cv-2899
    a. **Date Filed:** April 30, 2019
    b. **Defendants:** Thomas J. Dart, B. Devine, Crooms, Cook County, Cook County Health Services, John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, Duharki, and Eric Velez
    c. **Court:** Norther District of Illinois
    d. **Judge Assigned:** Judge Sharon Johnson Coleman
    e. **Basic Claim:** Civil Claim
    f. **Disposition of the Case:** ~~Pending~~ Closed
    g. **Approximate Date of Disposition:** ~~N/A~~ 2/22/21

9. Norwood v. Dart, et al., 19-~~cv~~L-7059
    a. **Date Filed:** July 10, 2019
    b. **Defendants:** Thomas J. Dart, Cook County, and Cermak Health Services
    c. **Court:** Municipal Department, 1st Municipal District
    d. **Judge Assigned:** Judge James P. Flannery
    e. **Basic Claim:** Civil Claim
    f. **Disposition of the Case:** ~~Pending~~ Closed
    g. **Approximate Date of Disposition:** ~~N/A~~ 8/20/19

10. Norwood v. Dart, et al., 19-mi-10422
    a. **Date Filed:** February, 2019
    b. **Defendants:** Thomas J. Dart and Cook County
    c. **Court:** Municipal Department, 1st Municipal District
    d. **Judge Assigned:** Not yet received
    e. **Basic Claim:** Civil Claim
    f. **Disposition of the Case:** Closed
    g. **Approximate Date of Disposition:** 4/23/2019

11. NORWOOD v. Dart et al, 19L011967
    A. October 31, 2019
    B. Thomas J. Dart, DR Khan, Cook County, IL, CCHHS
    C. municipal Dept 1st municipal Dist
    D. N/A
    E. civil claim
    F. closed
    G. 12/27/18

12. Norwood v. Dart et al; 19 cv 6220
    A. September 11, 2019
    B. Thomas Dart, Stopka Rodriquez, Olaquez, Leblack, Dyer
    C. Northern District of Illinois
    D. Judge Sharon Johnson Coleman
    E. Civil Claim
    F. [illegible]

13. Norwood v. Dart et al., 19 CV 7752
A. November 19 2019
B. Defendants. Thomas J. Dart, Cook County, Illinois, S. Klimek
C. Ackerman, F. Ruiz
C. Northern District of Illinois Eastern Division
D. Judge Sharon Johnson Coleman
E. Civil Claim
F. Terminated [illegible]
G. Approx. Date of Disposition: 3/1/21

14. Norwood v. Wexford Health Source Inc. ET AL., 20 L 585
A. November 19, 2020
B. Defendants Wexford Health Source Inc, Kim Czerniak, Ron Ha
DR Johnson, Kane County,
C. Court. Municipal Department, 16th Municipal District
D. Judge. James R. Murphy
E. Civil Claim
F. Pending
G. Approx. Date of Disposition: N/A

15. Norwood v. City of Chicago, ET AL., 20 CV 7628
A. December 21, 2020
B. Defendants. City of Chicago, Mizel N. Brooks, Jerome Malkows
Derrick W. Pickett
C. Court. Northern District of Illinois Eastern Division
D. Judge. John Z Lee
E. Civil Claim
F. Pending
G. Appox. date of Disposition: N/A

16. Norwood v. Czerniak et al., 20 CV 7773
A. Decemeber 29, 2020
B. K. Czerniak
C. Northern District of Illinois Eastern Division
D. Judge Sharon Johnson Coleman
E. Civil Claim
F. Pending
G. Approx Date of Disposition. N/A

17. Norwood v. Directo 21 CV 5278
A. October 21, 2021
B. Directo, Hoffman, Tousignant
C. Northern District of Illinois Eastern Divison
D. Judge Sharon Johnson Coleman
E. Civil Claim
F. Pending
G. Approx Date of Disposition. N/A

18 Norwood v. Davis 22 CV 3264
A. July 29, 2022
B. Davis, Khollman
C. Northern District of Illinois Eastern Division
D. Judge Sharon Johnson Coleman
E. Pending Civil Claim
F. Pending
G. Approx Date of Disposition: N/A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On Nov 14, 2023 at or around 8pm, Jewel's in Merrionette Park, IL I was shopping when I was attacked by several unknown officers.
2. At least four named defendants proceeded to drag me out of the store for no reason.
3. Jewel never called on me or needed the assistance of Merrionette Park Police Dept.
4. Defendants Griffith, Bell, Shaffer and Sepulveda used unecessary force slamming me on the ground while handcuffed from behind. The force and weight of the defendants caused my finger to sprain and another finger to have a foriegn object inserted.
5. My wrist was bruised badly as well. Several people tried stop them but they were forced to leave or be arrested.
6. The concrete was cold it was very cold that evening as I layed on the ground in pain and dehydrated.
7. Soon I was placed in leg shackles again for no reason



Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I was defenseless barely conscious.

8. I complied with the orders and still was punished severely.

9. I was never taking to the police station they forced me to lay/sit on the ground for almost two hours.

10. They were several unknown detectives or police personnal that did nothing to stop these defendants from their abuse.

11. I cant say which officers were punching, pulling, holding me down with their feet.

12. Per Police record no officers would admit to putting the shackles on or their roll in this event.

13. I was denied medical attention, water, heat and to be released but the cries were ignored.

14. After not being uncuffed from behind I was told that the leg shackles had to come off before my hands would be freed, but the shackles never came off that night.

15. An extra hour was spent trying to get the shackles off but did not one time call the Fire Department for help.

16. If I was some much of a threat then why was I left outside instead of arrested. I was never charged for anything at Jewel's. All cases were dismissed prior to my release.





[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

27. The named defendants knew there actions were in violation of my Constitutional Rights as a U.S.A citizens.

28. I also contacted the Mayor Office who is the representative for Merrionette Park, that gave me the run around for over a month and not cooperating setting my case back dearly.

29. Merrionette Park named defendants Griffith, Bell, Shaffer and Sepulveda actions caused me, to have surgery to fix my finger while under anesthesia.

30 Jewel did not hand over the video footage and even contacted the Police to retrieve it but they ignored my request.

31. These defendants failed to protect my rights against illegal search and seizure, my fifth amendment and eighth amendment as well.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

monetary, declatory relief and any other just relief for constitutional violations.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of May, 2025

Randy Norwood
(Signature of plaintiff or plaintiffs)

Randy Norwood
(Print name)

(I.D. Number)

3434 W. Jackson Blvd
Chicago, IL 60624
(Address)